■ In the Matter of CAROL A. SAFIER, a Suspended Attorney. [596 NYS2d 677] —Motion for appointment of an attorney to inventory respondent's files and to take such action as he may deem necessary and appropriate to protect the interests of respondent's clients, granted as indicated in the order of this

Court. No opinion. Concur—Murphy, P. J., Milonas, Ross, Kassal and Rubin, JJ.